

Opinions of the United
States Court of Appeals
for the Third Circuit

2014 Decisions

9-29-2014

# In Re: Daniel W. Allen, Sr.

Precedential or Non-Precedential: Precedential

Docket No. 13-3543

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"In Re: Daniel W. Allen, Sr." (2014). *2014 Decisions*. Paper 1012.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/1012

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3543
_____

In re:  DANIEL W. ALLEN, SR.,
Debtor


ADVANCED TELECOMMUNICATION NETWORK, INC.,
Appellant
_____

On Appeal from United States District Court
for the District of New Jersey
(D. N.J. 1-12-cv-03793)
District Judge:  Honorable Renee M. Bumb


_____

ORDER AMENDING OPINION
_____


It appears that attorney Michael A. Katz, Esq. was listed in error as counsel for appellant on the opinion.  Accordingly, it is hereby O R D E R E D that the opinion entered September 26, 2014 is hereby amended solely to delete the listing of Michael A. Katz as counsel in this case.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  September 29, 2014
JK/cc: All Counsel of Record
          Michael A. Katz, Esq.